MARGARET HUNTER, APPELLANT, *v.* THE AMERICAN POPULAR LIFE INSURANCE COMPANY, RESPONDENT.

*Right to open and close case.*

Where, in an action upon a life insurance policy, a copy of which is set forth in the complaint, the answer " admits each and every allegation in the complaint contained, except that they deny that the paper marked ' A,' annexed to the complaint, is a full and complete copy of the policy issued by them:" *Held,* that the answer in substance and effect denied the making of the contract set up in the complaint, and that plaintiff was entitled to open and close the case.

APPEAL from a judgment in favor of the defendant, entered upon a verdict directed by the court, and from an order denying a motion for a new trial.

*Matthew Hale*, for the appellant.

*George Bliss*, for the respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., and BOARDMAN, J.

Judgment and order reversed, and new trial granted, costs to abide the event.